# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2016

## NO. 03-15-00370-CV

**Reagan National Advertising of Austin, Inc. d/b/a Reagan National Advertising, Appellant**

**v.**

**City of Austin, Texas; and Marc A. Ott, being sued in his Official Capacity, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 31, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that the billboard assessment violates the Texas Constitution and that Reagan National Advertising of Austin, Inc. d/b/a Reagan National Advertising recover $198,450.99 from the City of Austin, Texas. The Court also remands the cause to the trial court to determine the amount of attorney's fees, if any, to which Reagan National Advertising of Austin, Inc. d/b/a Reagan National Advertising is entitled. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.